**Opinion issued June 28, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00277-CV

———————————

**SU THANH NGUYEN, Appellant**

**V.**

**NORTH FOREST INDEPENDENT SCHOOL DISTRICT, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-54566**

---

## MEMORANDUM OPINION

Appellant, Su Thanh Nguyen, has neither established indigence nor paid all the required fees. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN.§ 51.207 (West Supp. 2011), § 51.941(a) (West 2005), §

101.041 (West Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). After being notified on March 27, 2012 that this appeal was subject to dismissal and being given a deadline of April 6, 2012 for responding, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.